IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD COLEMAN,

      Petitioner,                      No. CIV S-09-1987 GGH P

   vs.

JOHN HAVILAND, et al.,

      Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted.

        Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (no. 8) is granted.

DATED: August 17, 2009

                                             /s/ Gregory G. Hollows

cole1987.ifp                                    UNITED STATES MAGISTRATE JUDGE